USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 3 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

　　　　　　　　　　　　　- against -

　　　Ziyu Wang

　　　　　　　　　　　　　　Defendant.
-----------------------------------------------------------x

CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE
JUDGE ON A FELONY PLEA ALLOCUTION

18 ~~17~~ CR ___799___ (KMW)

Before:
U.S.M. J. Gabriel W. Gorenstein

　　　　　The undersigned defendant, advised by his or her undersigned attorney, consents to a United States Magistrate Judge presiding over the proceedings required by Rule 11, Fed. R. Crim. P., for me to enter a plea of guilty in my case, or to change my plea, if one has been previously made, from not guilty to guilty. I understand that if my plea is accepted, my sentencing will take place before the United States District Judge who is assigned, or who is to be assigned, to my case.

　　　　　I understand that I have the absolute right to insist that all Rule 11 proceedings be conducted before an Article III Judge, and hereby represent and confirm to the Magistrate Judge that no threats or promises, or other improper inducements, have been made to cause me to consent to this procedure, and that I do so voluntarily.

　　　　　IN WITNESS WHEREOF we have executed this consent this ___23rd___ day of ___August___, 2019 at ___New York___, New York.

x__*Ziyu Wang*__
　　　Defendant

x__*[signature]*__
　　　Attorney for Defendant

Accepted by: __*Gabriel W. Gorenstein*__
　　　　　　　　United States Magistrate Judge
　　　　　　　　Gabriel W. Gorenstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -                                           18 Cr. 799 (KMW)

ZIYU WANG,

               Defendant

------------------------------------

I, Ziyu Wang, the above-named defendant, having been advised of my right to have my guilty plea heard by a United States District Judge, hereby consent to having my guilty plea heard by a United States Magistrate Judge.

                        *Ziyu Wang*
                        Defendant

                        Witness

                        Counsel for Defendant

Date:  New York, New York
        August 23, 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

           - v -                                    18 Cr. 799 (KMW)

ZIYU WANG,

                     Defendant

-----------------------------------

       I, Ziyu Wang, the above-named defendant, having been advised of my right to have my guilty plea heard by a United States District Judge, hereby consent to having my guilty plea heard by a United States Magistrate Judge.

                                                            *Zi yu Wang*
                                                            Defendant

                                                            Witness

                                                        Counsel for Defendant

Date:   New York, New York
           August 23, 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        - v -                                    18 Cr. 799 (KMW)

ZIYU WANG,

                Defendant

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        I, Ziyu Wang, the above-named defendant, having been advised of my right to have my guilty plea heard by a United States District Judge, hereby consent to having my guilty plea heard by a United States Magistrate Judge.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:  New York, New York
         August 23, 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -                                              18 Cr. 799 (KMW)

ZIYU WANG,

                Defendant

------------------------------------

I, Ziyu Wang, the above-named defendant, having been advised of my right to have my guilty plea heard by a United States District Judge, hereby consent to having my guilty plea heard by a United States Magistrate Judge.

                                                *Ziyu Wang*
                                                Defendant

                                                Witness

                                                Counsel for Defendant

Date:   New York, New York
           August 23, 2019