## GOLDBERGER & DUBIN, P.C.

ATTORNEYS AT LAW
401 BROADWAY, NEW YORK, NY 10013
(212) 431-9380
FAX (212) 966-0588
E-MAIL: GND401@AOL.COM
www.goldbergerdubin.com

PAUL A. GOLDBERGER†
LAWRENCE A. DUBIN†*
EDGAR L. FANKBONNER†

†MEMBER OF NY BAR
*MEMBER OF NJ BAR

December 20, 2019

Hon. Kimba M. Wood
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re: United States v. Ziyu Wang
           Docket No. 18-cr-799-05 (KMW)

Dear Judge Wood:

  The parties respectfully request that the Court set Mr. Wang's matter for sentencing in early 2020.

             Respectfully submitted,

             /s/ Edgar L. Fankbonner
             Edgar L. Fankbonner
             Attorney for Ziyu Wang

cc: Alexandra Rothman
   U.S. Attorney's Office