RECEIVED
DEC 2 6 2019
CHAMBERS OF KIMBA M. WOOD
U.S.D.J.-S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/20

**GOLDBERGER & DUBIN, P.C.**
ATTORNEYS AT LAW
401 BROADWAY, NEW YORK, NY 10013
(212) 431-9380
FAX (212) 966-0588
E-MAIL: GND401@AOL.COM
www.goldbergerdubin.com

PAUL A. GOLDBERGER†
LAWRENCE A. DUBIN†*
EDGAR L. FANKBONNER†

†MEMBER OF NY BAR
*MEMBER OF NJ BAR

December 20, 2019

Hon. Kimba M. Wood
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Ziyu Wang
Docket No. 18-cr-799-05 (KMW)

Dear Judge Wood:

The parties respectfully request that the Court set Mr. Wang's matter for sentencing in early 2020.

Respectfully submitted,

/s/ Edgar L. Fankbonner
Edgar L. Fankbonner
Attorney for Ziyu Wang

cc: Alexandra Rothman
U.S. Attorney's Office

*Sentencing is scheduled for February 20, 2020, at 12:00 p.m. Defendant's submission is due by February 6. Government submission is due by February 13.*

SO ORDERED: N.Y., N.Y. 1/7/20

_Kimba M. Wood_
KIMBA M. WOOD
U.S.D.J.