UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

        v.

ZIYU WANG,

        Defendant.
------------------------------------------------------------X

18-CR-799 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

The parties have jointly requested a thirty-day adjournment of the sentencing in this matter. The sentencing currently scheduled for February 20, 2020 is adjourned to March 24, 2020 at 2:00 p.m.

SO ORDERED.

Dated: New York, New York
February 18, 2020

_____
KIMBA M. WOOD
United States District Judge