RECEIVED
MAR 0 7 2020
CHAMBERS OF KIMBA M. WOOD
U.S.D.J.-S.D.N.Y.

**GOLDBERGER & DUBIN, P.C.**
ATTORNEYS AT LAW
401 BROADWAY, NEW YORK, NY 10013
(212) 431-9380
FAX (212) 966-0588
E-MAIL: GND401@AOL.COM
www.goldbergerdubin.com

PAUL A. GOLDBERGER†
LAWRENCE A. DUBIN†*
EDGAR L. FANKBONNER†

† MEMBER OF NY BAR
* MEMBER OF NJ BAR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/20

March 6, 2020

Hon. Kimba M. Wood
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  United States v. Ziyu Wang
     Docket No. 18-cr-799-05 (KMW)

Dear Judge Wood:

The defense respectfully requests an expansion of time to file its sentencing submission, which is due March 10, 2020. We are reviewing certain discovery material with Mr. Wang in light of a recent disclosure by the government, and Mr. Wang requires a Mandarin interpreter. For this reason, we need additional time to prepare our submission. We are not requesting a postponement of his sentencing for the moment.

*Granted. KMW*

Respectfully submitted,

/s/ Edgar L. Fankbonner
Edgar L. Fankbonner
Attorney for Ziyu Wang

cc: Lara Pomerantz
    U.S. Attorney's Office

*Defendant's sentencing submission is due by March 16, 2020. The Government's submission is due by March 19, 2020.*

SO ORDERED, N.Y., N.Y.  3-9-20

KIMBA M. WOOD
U.S.D.J.