```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA

            v.                                          18-CR-799 (KMW)
                                                            **ORDER**
ZIYU WANG,

                        Defendant.
--------------------------------------------------------X
```

KIMBA M. WOOD, United States District Judge:

In an effort to reduce all parties' risk of exposure to COVID-19, the sentencing scheduled for March 24, 2020 at 2:00 p.m. is adjourned *sine die*.

Dated: New York, New York
       March 17, 2020                     /s/ Kimba M. Wood
                                          KIMBA M. WOOD
                                          United States District Judge