UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/20
```

UNITED STATES

vs.

ZIYU WANG

18 Cr. 799 (KMW)

Order

To: U.S. Marshals Office

It is hereby ordered :

That the Defendant, ZIYU WANG, Reg # 86315-054 having been sentenced in the above case to a term of Time Served; The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

_____
United States District Judge

10/1/2020
_____
Date